IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:23cr89-MHT
                            )           (WO)
ROBERT RYALS                )
```

ORDER

This case is before the court on defendant Robert Ryals's motion for early termination of probation. Based on the representations made by the supervising probation officer and the parties in the filings and on the record during the hearing on January 16, 2025, the court finds that Ryals has completed 15 months of his 24-month term of probation with no compliance issues. He has maintained a full-time job, participated in mental-health treatment, complied with polygraph-testing requirements, and performed above the expectations of the court, including paying more than his monthly requirement toward restitution and fees. Defendant Ryals explained that he seeks a passport to enable him to participate in missionary construction

work with his church in Nicaragua in early June 2025. The parties agree that, so long as Ryals remains compliant with his conditions of supervision between now and January 31, 2025, it would be appropriate to grant early termination of probation in time for him to obtain a passport for the trip in June.

Accordingly, it is ORDERED that:

(1) Defendant Robert Ryals's motion for early termination of probation (Doc. 26) is granted, but this order shall not take effect until January 31, 2025.

(2) On January 31, 2025, assuming that defendant Ryals has not violated the terms of his supervision, he shall be considered discharged.

DONE, this the 17th day of January, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**